# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| PHILLIP LEE KELLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-20-717-R |
| | ) | |
| JEORALD BRAGGS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Mr. Kelley, appearing *pro se*, filed a complaint pursuant 42 U.S.C. § 1983 on July 23, 2020. Doc. No. 1. In accordance with 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to United States Magistrate Shon T. Erwin for preliminary review. On August 7, 2020, Judge Erwin issued a Report and Recommendation wherein he recommends Petitioner's action be dismissed. Doc. No. 6. The record reflects that Mr. Kelley has not objected to the Report and Recommendation within the time limits prescribed therein nor has he sought an extension of time in which to respond. Accordingly, the Report and Recommendation is hereby ADOPTED IN ITS ENTIRETY. The Court hereby dismisses Mr. Kelley's complaint without prejudice.

**IT IS SO ORDERED** this 4th day of September 2020.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE